```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,          :      ORDER OF RESTITUTION

              -v.-                 :      12 Cr. 545 (DLC)

MITCHELL COHEN,                    :

              Defendant.           :
- - - - - - - - - - - - - - - - - - -x
```

      WHEREAS, on or about July 17, 2012, MITCHELL COHEN, (the "defendant"), was charged, among others, in a four-count Indictment, 12 Cr. 545 (DLC) (the "Indictment"), with conspiracy to commit mail fraud, wire fraud and bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to violate 18 U.S.C. § 1010, in violation of Title 18, United States Code, Section 371 (Count Two); conspiracy to violate 18 U.S.C. § 1014, in violation of Title 18, United States Code, Section 371 (Count Three); and perjury, in violation of Title 18, United States Code, Section 1623(a) (Count Four);

      WHEREAS, on or about December 27, 2012, the defendant pled guilty to Counts One and Four of the Indictment; and

      WHEREAS, in a judgment imposed on April 26, 2013, the defendant was sentenced and ordered to pay restitution in an amount of $1,574,259.43 to United States Department of Housing and Urban Development Federal Housing Administration;

      NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT, pursuant to 18 U.S.C. §§ 3663A(a)(1), 3663A(c)(1)(A)(ii),

3664(f)(1)(A), and 3664(f)(2), MITCHELL COHEN, the defendant, shall make restitution in the amount of $1,574,259.43 to the Clerk, U.S. District Court, for disbursement to:

>   Director, Financial Operations Center
>   Federal Housing Administration
>   52 Corporate Circle
>   Albany, NY 12203
>   Phone # 800-669-5152
>   Fax # 202-485-9035
>   Attn: Jane Tagliabue

IT IS FURTHER ORDERED that MITCHELL COHEN's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter.

IT IS FURTHER ORDERED that upon commencement of any term of probation or supervised release, MITCHELL COHEN, the defendant, shall pay restitution in monthly installments to be determined by the United States Probation Office.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victims of the offense in this case.

SO ORDERED:

Dated:   New York, New York
         April 26, 2013

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK